JS-6

1  **KNIGHT LAW GROUP, LLP**
2  Roger Kirnos (SBN 283163)
   *Rogerk@knightlaw.com*
3  Jacob Cutler (SBN 264988)
4  *jacobc@knightlaw.com*
   10250 Constellation Blvd., Suite 2500
5  Los Angeles, CA 90067
6  Telephone: (310) 552-2250
   Fax: (310) 552-7973
7
8  Attorneys for Plaintiff,
   JOSE FRUTOS
9
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

12 | **JOSE FRUTOS,** | Case No.: 5:24-cv-00412-SSS-SHKx
13 |                  |
14 |     Plaintiff,   | **JUDGMENT ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES AND MOTION FOR COSTS AND EXPENSES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(D)**
15 |     vs.          |
16 | **FORD MOTOR COMPANY, a Delaware Corporation; RANCHO FORD, INC., a California Corporation dba GOSCH FORD TEMECULA; and DOES 1 through 10, inclusive,** |
17 |                  |
18 |                  |
19 |                  |
20 |     Defendants.  |
21 |                  |

25  **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**
26      Plaintiff Jose Frutos's Motion for Attorney's Fees, Costs and Expenses
27  ("Motion for Attorney's Fees") and Motion for Costs and Expenses Pursuant to
28  Federal Rule of Civil Procedure 54(d) ("Motion for Costs") were filed on January

31, 2025 and set for hearing on February 28, 2025 at 2:00 p.m. in Courtroom 2 on the 2nd Floor of the United States District Court, Central District of California, located at 3470 Twelfth Street, Riverside, California 92501-3801, before the Honorable Sunshine S. Sykes. Plaintiff moved the court for an award of $38,768.00 in lodestar attorneys' fees plus a 0.5 lodestar multiplier, and $4,418.74 in costs and expenses.

Defendant's Opposition to Plaintiff's Motion for Attorney's Fees was filed on February 7, 2025. Defendant did not oppose Plaintiff's Motion for Costs. Plaintiff's Reply to Defendant's Opposition to Motion for Attorney's Fees and Plaintiff's Notice of Defendant's Non-Opposition to Motion for Costs were filed on February 14, 2025.

On February 25, 2025, the Court took the matters under submission and vacated the February 28, 2025 hearing. On March 19, 2025, the Court made its rulings on the submitted Motion for Attorney's Fees and Motion for Costs.

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED, as follows:

1. Plaintiff's Motion for Attorney's Fees, Costs and Expenses is GRANTED, in part;
2. Plaintiff's Motion for Costs and Expenses Pursuant to Federal Rule of Civil Procedure 54(d) is GRANTED, in part;
3. The Court finds that the following hourly rates requested by counsel are reasonable:

Knight Law Group, LLP
- Russell Higgins $600.00/hr and $550.00/hr
- Roger Kirnos $550.00/hr
- Jacob Cutler $550.00/hr and $495.00/hr
- Chris Swanson $525.00/hr
- Amy Morse $500.00/hr and $450.00/hr

- Debra Reed $495.00/hr
- Zachary Powell $425.00/hr
- Armando Lopez $400.00/hr and $375.00/hr
- Binyamin Manoucheri $350.00/hr
- Elvira Kamosko $350.00/hr
- Emma Erickson-Kery $175.00/hr
- Norman Little $145.00/hr

4. Plaintiff is awarded lodestar attorney's fees in the amount of $38,768.00;

5. The Court finds the 0.5 lodestar multiplier enhancement is warranted;

6. Plaintiff is awarded costs and expenses in the amount of $4,418.74;

7. The Court applies a 10% "haircut" reduction to Plaintiff's total fee and costs request;

8. Plaintiff is awarded a total sum of attorney's fees, costs and expenses in the amount of $56,313.67.

JUDGMENT is hereby entered in favor of Plaintiff Jose Frutos and against Defendants FORD MOTOR COMPANY and RANCHO FORD, INC. in the amount of $56,313.67. Defendants shall pay said amount to Knight Law Group.

IT IS SO ORDERED.

Dated: March 20, 2025

SUNSHINE S. SYKES
U.S. DISTRICT JUDGE

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
*rogerk@knightlaw.com*
Jacob Cutler (SBN 264988)
*jacobc@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiffs,
**JOSE FRUTOS**